IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the Court GRANTS Plaintiffs' Motion for Class Certification and Appointment of Class Counsel.

The Court hereby finds that Plaintiffs have satisfied the requirements for class certification under Federal Rules of Civil Procedure 23(a) and (b)(2).  Specifically, Plaintiffs have demonstrated that (1) members of the proposed class are so numerous that joinder is impracticable; (2) there are questions of law and fact common to the class; (3) the claims of the Plaintiffs are typical of the claims of the class members; and that (4) Plaintiffs and their counsel, as representatives of the class, will fairly and adequately protect the interests of the class.  Additionally, this Court finds that Defendants have acted on grounds generally applicable to the class in its entirety, thereby making appropriate final injunctive and declaratory relief for all class members.

In light of the above, this Court orders that Plaintiffs' motion be granted and that the following class be certified: All current and future persons who are born on or after February 20, 2025, where (1) that person's mother was unlawfully present in the United States and the person's father was not a United States citizen or lawful permanent resident at the time of said person's birth, or (2) that person's mother's presence in the United States was lawful but temporary, and the person's father was not a United States citizen or lawful permanent resident at the time of said person's birth, as well as the parents (including expectant parents) of those persons.

It is so ordered.

_____                                    _____
Date                                                                          United States District Judge