IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

## DECLARATION OF MARK

I, Mark, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Mark. I am over the age of 18 and am competent to testify regarding the matters described below. I am a putative class member in this case.

2. I am a citizen of Brazil. I currently live in Florida.

3. I have lived in the United States for the past 5 years, since 2020.

4. I live with my wife.

5. In 2020, my wife and I came to Florida so that she could spend time with her family, including her father. Her father is a U.S. citizen who left Brazil almost twenty years ago.

6. My wife and I ended up building a life here. We have family and a community. My wife's father has filed a family-based petition for us that is currently pending.

7. We learned in or around June 2024 that my wife was pregnant with our first child. My wife gave birth in March 2025 in Florida.

8. I heard about the president's executive order regarding birthright citizenship on or

1

around January 20, 2025.

9. I understand that, because neither my wife nor I am a citizen or lawful permanent resident (LPR) of the United States, the government will not recognize my child's U.S. citizenship by birthright.

10. I am fearful for my child's future in light of this executive order. My baby has the right to citizenship and a future in the United States. I want my baby to have access to opportunities, such as access to education and permission to work legally, in order to make a life for themselves. I also want my child to be safe. I do not want my child to live in fear and hiding. I do not want my child to be a target for immigration enforcement. This would affect the future of us as a family.

11. I want to be a named plaintiff in this case. I understand that, if the Court grants the motion for class certification, I would represent a large number of people who: (a) do not have permanent status or citizenship; and (b) are expecting a child who will likely be born after the executive order goes into effect.

12. I understand that, as a class representative, it would be my responsibility to represent the interests of all the class members in this lawsuit, and not just my own personal interests. I also understand the need to stay informed about what is happening in the case.

13. I understand that I am agreeing to represent many other families like ours. I believe it is important to help families like ours.

14. I am scared about my identity and participation in this lawsuit being made public because I fear for my and my family's safety. I fear that certain individuals would retaliate against us because of my participation in the lawsuit. I have heard about the current Administration or

supporters retaliating against people who sue or speak out against the Administration.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Mark*_____
Mark

Executed on April 16, 2025.