IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION; REQUEST FOR EXPEDITED TREATMENT, L.R. 7.1(f)

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the Court GRANTS Plaintiffs' Motion for a Classwide Preliminary Injunction and Request for Expedited Treatment under Local Rule 7.1(f).

The Court hereby finds that Class Plaintiffs have demonstrated a likelihood of success on the merits of their claims; that Class Plaintiffs are likely to suffer irreparable harm if the order is not granted; that the potential harm to the Class Plaintiffs if the order is not granted outweighs the potential harm to Defendants if the order is granted; and that the issuance of this order is in the public interest.

Pursuant to Federal Rule of Civil Procedure 65(a), this Court orders that all Defendants are enjoined and restrained from enforcing President Trump's Executive Order "Protecting the Meaning and Value of American Citizenship."

      This Court further waives the requirement for security under FED. R. CIV. P. 65(c). This preliminary injunction shall take effect immediately upon entry of this Order and shall remain in effect until the entry of judgment in this matter or by further order of the Court.

      It is so ordered.

_____                                                _____

Date                                                                              United States District Judge