**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

**PLAINTIFFS' MOTION TO PROCEED
PSEUDONYMOUSLY**

Plaintiffs Barbara, Sarah, Susan, Matthew, and Mark, by and through their counsel, respectfully move this Court to permit them to proceed pseudonymously due to the increased risk of danger they and their party and non-party family members (including minor children) would face if their information were to be publicly disclosed. Approving this motion will safeguard Plaintiffs' privacy as well as their physical and emotional wellbeing without prejudicing Defendants or the public.

In support of this motion, Plaintiffs state the following:

1. Plaintiffs are children and parents of current and future children who are or will be denied United States citizenship by Executive Order No. 14,160 entitled "Protecting the Meaning and Value of American Citizenship" ("the Order"). *See* Exec. Order No. 141,160, 90 Fed. Reg. 8499 (Jan. 29, 2025).

2. As set forth in the memorandum of law accompanying this motion, the applicable factors

1

courts consider in determining whether to permit a party to proceed pseudonymously

warrant granting Plaintiffs that relief.  Several Plaintiffs have faced persecution, and all

Plaintiffs face potential retaliation, including but not limited to arrest, imprisonment, and

deportation.  Any disclosure of personal information could result in further violence and

retaliation to Plaintiffs and their party and non-party family members (including minor

children).  Using pseudonyms would grant Plaintiffs the security, safety, and peace of

mind to continue with this action.

3.  Plaintiffs' privacy interests outweigh any public interest in revealing their legal names to the

public.

4.  For the foregoing reasons, as well as those expressed in the accompanying memorandum

of law, Plaintiffs respectfully urge this Court to GRANT this motion and permit them to

proceed under a pseudonym.

## CERTIFICATE OF CONCURRENCE

5.  Pursuant to Local Rule 7.1(c), undersigned counsel for Plaintiffs certify that Plaintiffs

have made a good faith attempt to obtain concurrence in the relief sought.  Plaintiffs

sought concurrence on June 27, 2025, and Defendants have not yet provided a position at

the time of filing.

Dated: June 27, 2025

Respectfully submitted,

/s/ *SangYeob Kim*

SangYeob Kim (N.H. Bar No. 266657)

Cody Wofsy*
Hannah Steinberg*
Stephen Kang*
Spencer Amdur*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION IMMIGRANTS' RIGHTS
PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
skang@aclu.org
samdur@aclu.org

Gilles R. Bissonnette (N.H. Bar. No. 265393)
Henry R. Klementowicz (N.H. Bar. No. 21177)
Chelsea Eddy (N.H. Bar No. 276248)
AMERICAN CIVIL LIBERTIES
UNION OF NEW HAMPSHIRE
18 Low Avenue
Concord, New Hampshire
03301 T: 603.224.5591
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org

Morenike Fajana*
Ashley Burrell*
Elizabeth Caldwell*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., FL 5,
New York, NY 10006
(212) 217-1690
mfajana@naacpldf.org
aburrell@naacpldf.org
bcaldwell@naacpldf.org

Noor Zafar*
Grace Choi*
Lee Gelernt*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
nzafar@aclu.org
gchoi@aclu.org
lgelernt@aclu.org
ojadwat@aclu.org

Morgan Humphrey**
Mide Odunsi***
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 249-2193
mhumphrey@naacpldf.org
modunsi@naacpldf.org

Norm Eisen*
Tianna Mays*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, #15180
Washington, D.C. 20003
T: (202) 594-9958
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org

Carol Garvan (N.H. Bar. No. 21304)
Zachary L. Heiden*
AMERICAN CIVIL LIBERTIES UNION OF
MAINE FOUNDATION
P.O. Box 7860
Portland, Maine 04112
T: (207) 619.8687

Christopher M. Lapinig*

3

cgarvan@aclumaine.org
heiden@aclumaine.org

Adriana Lafaille*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
T: (617) 482-3170
alafaille@aclum.org

Kimberly Wei Leung*
Winifred Kao*
ASIAN LAW CAUCUS
55 Columbus Ave
San Francisco, CA 94111
T: (415) 896-1701
christopherl@asianlawcaucus.org
kimberlyl@asianlawcaucus.org
winifredk@asianlawcaucus.org

*Counsel for Plaintiffs*
*\*Application for admission pro hac vice forthcoming*
*\*\*Application for admission pro hac vice forthcoming, admitted to practice law in New Jersey. Not a member of D.C. bar. Supervised by a member of the D.C. Bar.*
*\*\*\*Application for admission pro hac vice forthcoming, admitted to practice law in Illinois. Not a member of the D.C. bar. Supervised by a member of the D.C. Bar.*

4