IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND TO FILE DECLARATIONS UNDER SEAL

Upon consideration of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and to File Subsequent Declarations Under Seal, along with all exhibits thereto, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the individual Plaintiffs are given leave to proceed under the pseudonyms Barbara, Sarah, Susan, Matthew, and Mark, and to file subsequent declarations under seal.

DATE:

                                                    U.S. District Judge