USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Barbara, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00244-JL-AJ |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                       .

Date:   06/27/2025

s/ Yuri S. Fuchs
*Attorney's signature*

Yuri S. Fuchs, CA Bar No. 300379
*Printed name and bar number*

U.S. Department of Justice, Civil Division, 1100 L St. NW, Washington DC 20005
*Address*

yuri.s.fuchs@usdoj.gov
*E-mail address*

(202) 598-3869
*Telephone number*

(202) 616-8460
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
 All counsel who have appeared in this case

Conventionally Served:

06/27/2025                      s/ Yuri S. Fuchs

Date                      Signature