# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

"BARBARA," *et al.*,

             *Plaintiffs*,

    v.

DONALD J. TRUMP, President of the
United States, in his official capacity, *et al.*,

           *Defendants*.

Case No. 1:25-cv-00244-JL-AJ

## NOTICE OF APPEARANCE

Please enter the appearance of Brad P. Rosenberg, U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel for all Defendants in this case.


Dated: June 27, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*