IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

## AFFIDAVIT OF GRACE CHOI

I, Grace Choi, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My email address is gchoi@aclu.org, and my telephone number is (212) 549-2500.

2. In accordance with LR 83.2(b)(1)(B), the following are the bars in which I am admitted to practice, along with the years and dates of my admission.

| Bar | Date of Admission | Bar Number |
|---|---|---|
| New York Court of Appeals | December 21, 2022 | 5995865 |
| USDC Southern District of New York | January 30, 2025 | 5995865 |
| USDC Eastern District of New York | February 3, 2025 | 5995865 |
| Tenth Circuit Court of Appeals | June 18, 2025 | 6596760 |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed bars.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 27, 2025

Respectfully submitted,

*/s/ Grace Choi*
Grace Choi
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
gchoi@aclu.org

-3-

## **CERTIFICATE OF SERVICE**

      I certify that on June 27, 2025, I served a copy of this affidavit on counsel for defendants by filing the same through the Court's electronic filing system.

                                                  */s/ SangYeob Kim*
                                                  SangYeob Kim