## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated, | Case No.  1:25-cv-244 |
| *Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, President of the United States, in his official capacity, et al., | |
| *Defendants*. | |

### <u>ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE</u>

1.      Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, New Hampshire Indonesian Community Support, League of United Latin American Citizens, and Make the Road New York ("Plaintiffs") respectfully move this court for an order admitting Hannah Steinberg to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Ms. Steinberg is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Steinberg to appear before this Court.

2.      Ms. Steinberg is a member in good standing of the bars of California, the U.S. District Court for the Northern District of California, the U.S. Court of Appeals for the Second Circuit, and the U.S. Court of Appeals for the Ninth Circuit; she is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings; and she has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

3.      For the foregoing reasons, Plaintiffs respectfully request that this Court grant this

motion and enter an order for admission of Ms. Steinberg *pro hac vice* in the above-captioned case.

4.      Defendants, through counsel, assent to this motion.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A.  Grant this Motion for Admission *Pro Hac Vice* of Hannah Steinberg; and

B.  Grant such other and further relief as may be just and equitable.

Date: June 27, 2025                          Respectfully submitted,

                                             */s/ SangYeob Kim*
                                             SangYeob Kim (N.H. Bar No. 266657)
                                             Gilles R. Bissonnette (N.H. Bar No. 265393)
                                             Henry R. Klementowicz (N.H. Bar. No. 21177)
                                             Chelsea Eddy (N.H. Bar No. 276248)
                                             AMERICAN CIVIL LIBERTIES UNION OF NEW
                                             HAMPSHIRE FOUNDATION
                                             18 Low Avenue
                                             Concord, NH  03301
                                             Tel. 603.224.5591
                                             sangyeob@aclu-nh.org
                                             gilles@aclu-nh.org
                                             henry@aclu-nh.org
                                             chelsea@aclu-nh.org

                                             *Counsel for Plaintiffs*

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he has electronically filed this date the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. This filing is available for viewing and downloading from the ECF system.


Date: June 27, 2025                    _/s/ SangYeob Kim_
                                        SangYeob Kim