IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

## AFFIDAVIT OF HANNAH STEINBERG

I, Hannah Steinberg, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address is 425 California Street, Suite 700, San Francisco, CA 94104. My email address is hsteinberg@aclu.org, and my telephone number is (415) 343-0773.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of California | August 19, 2020 | 332039 |
| U.S. District Court for the Northern District of California | December 2, 2022 | 332039 |
| U.S. Court of Appeals for the Second Circuit | February 1, 2024 | |
| U.S. Court of Appeals for the Ninth Circuit | January 20, 2023 | |

-2-

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 27, 2025

Respectfully submitted,

*/s/ Hannah Steinberg*
Hannah Steinberg
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0773
hsteinberg@aclu.org

-3-

## **CERTIFICATE OF SERVICE**

      I certify that on June 27, 2025, I served a copy of this affidavit on counsel for defendants by filing the same through the Court's electronic filing system.

      */s/ SangYeob Kim*
      SangYeob Kim