## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No.  1:25-cv-244 |

### AFFIDAVIT OF LEE GELERNT

I, Lee Gelernt, do hereby depose and swear as follows:

1.      In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation, Inc.  My office address is 125 Broad Street, 18th Floor, New York, NY 10004.  My email address is lgelernt@aclu.org, and my telephone number is (212) 549-2616.

2.      In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York Court of Appeals | September 21, 1992 | 2502532 |
| U.S. Supreme Court | April 16, 2001 | |
| U.S District Court, District of Columbia | June 7, 2021 | NY0408 |
| U.S. District Court, Eastern District of Michigan | March 26, 2002 | |
| U.S. District Court, Eastern District of New York | July 8, 1993 | |
| District of Columbia Court of Appeals | January 6, 2021 | 62840 |
| First Circuit Court of Appeals | September 5, 1996 | 41744 |
| Second Circuit Court of Appeals | September 29, 2006 | |

| | | |
|---|---|---|
| Third Circuit Court of Appeals | April 1, 1997 | |
| Fourth Circuit Court of Appeals | July 23, 1998 | |
| Fifth Circuit Court of Appeals | January 10, 2006 | 2502532 |
| Sixth Circuit Court of Appeals | May 28, 1997 | |
| Seventh Circuit Court of Appeals | June 19, 1998 | |
| Eighth Circuit Court of Appeals | January 12, 1999 | 99-0024 |
| Ninth Circuit Court of Appeals | December 14, 2005 | |
| Tenth Circuit Court of Appeals | June 17, 1998 | |
| Eleventh Circuit Court of Appeals | October 2, 1998 | |

3.      In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4.      In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5.      In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6.      In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7.      In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8.      In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 27, 2025                              Respectfully submitted,

                                                 */s/ Lee Gelernt*
                                                 Lee Gelernt
                                                 AMERICAN CIVIL LIBERTIES UNION
                                                 FOUNDATION
                                                 125 Broad Street, 18th Floor

New York, NY 10004
(212) 549-2616
lgelernt@aclu.org

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 27, 2025, I served a copy of this affidavit on counsel for defendants by filing the same through the Court's electronic filing system.

_/s/ SangYeob Kim_
SangYeob Kim