IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

## AFFIDAVIT OF NOOR ZAFAR

I, Noor Zafar, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My email address is nzafar@aclu.org, and my telephone number is (212) 549-2642.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York Court of Appeals | May 16, 2018 | 5584701 |
| U.S. District Court for the Southern District of New York | January 22, 2019 | NZ7867 |
| U.S. Court of Appeals for the Second Circuit | May 28, 2021 | |
| U.S. Court of Appeals for the Ninth Circuit | September 27, 2021 | |
| U.S. Court of Appeals for the Tenth Circuit | July 26, 2024 | |
| U.S. Court of Appeals for the Eleventh Circuit | August 9, 2023 | |

-2-

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 27, 2025     Respectfully submitted,

*/s/ Noor Zafar*
Noor Zafar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2642
nzafar@aclu.org

-3-

## **CERTIFICATE OF SERVICE**

      I certify that on June 27, 2025, I served a copy of this affidavit on counsel for defendants by filing the same through the Court's electronic filing system.

                                            */s/ SangYeob Kim*
                                            SangYeob Kim