IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

## AFFIDAVIT OF OMAR JADWAT

I, Omar Jadwat, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address 125 Broad Street, 18th Floor, New York, NY 10004. My email address is ojadwat@aclu.org, and my telephone number is (212) 549-2620.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York Court of Appeals | February 3, 2003 | 4118170 |
| U.S. Supreme Court | January 11, 2010 | |
| U.S District Court, District of Colorado | July 9, 2010 | |
| U.S. District Court, Eastern District of New York | February 8, 2017 | |
| U.S. District Court, Southern District of New York | February 4, 2003 | |
| District of Columbia Court of Appeals | December 2, 2019 | 62111 |
| First Circuit Court of Appeals | May 8, 2019 | |
| Second Circuit Court of Appeals | April 10, 2017 | 2005-272 |
| Third Circuit Court of Appeals | September 10, 2007 | |
| Fourth Circuit Court of Appeals | December 26, 2012 | |

-2-

| | | |
|---|---|---|
| Fifth Circuit Court of Appeals | November 14, 2005 | 4118170 |
| Eighth Circuit Court of Appeals | March 4, 2008 | |
| Ninth Circuit Court of Appeals | April 18, 2008 | |
| Tenth Circuit Court of Appeals | July 26, 2024 | |
| Eleventh Circuit Court of Appeals | July 25, 2011 | |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 27, 2025

Respectfully submitted,

*/s/ Omar Jadwat*
Omar Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2620
ojadwat@aclu.org

-3-

## **CERTIFICATE OF SERVICE**

      I certify that on June 27, 2025, I served a copy of this affidavit on counsel for defendants by filing the same through the Court's electronic filing system.

                                      */s/ SangYeob Kim*
                                      SangYeob Kim