IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

## AFFIDAVIT OF STEPHEN KANG

I, Stephen Kang, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address is 425 California Street, 7th Floor, San Francisco, CA 94104. My email address is skang@aclu.org, and my telephone number is (415) 343-0783.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of California | December 4, 2013 | 292280 |
| U.S. Supreme Court | January 13, 2020 | |
| U.S. District Court for the District of Columbia | April 5, 2021 | CA00090 |
| U.S. District Court, Central District of California | May 22, 2014 | 292280 |

-2-

| | | |
|---|---|---|
| U.S. District Court, Northern District of California | August 11, 2017 | 292280 |
| U.S District Court, Southern District of California | June 7, 2018 | 292280 |
| U.S. Court of Appeals for the District of Columbia | January 15, 2020 | |
| U.S. Court of Appeals for the Third Circuit | May 4, 2016 | |
| U.S. Court of Appeals for the Fifth Circuit | October 16, 2014 | |
| U.S. Court of Appeals for the Sixth Circuit | December 26, 2019 | |
| U.S. Court of Appeals for the Ninth Circuit | July 7, 2015 | |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

-3-

Date: June 27, 2025                                    Respectfully submitted,

*/s/ Stephen Kang*
Stephen Kang
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0783
skang@aclu.org

-4-

## **CERTIFICATE OF SERVICE**

      I certify that on June 27, 2025, I served a copy of this affidavit on counsel for defendants by filing the same through the Court's electronic filing system.

                                                               */s/ SangYeob Kim*
                                                               SangYeob Kim