UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No.  1:25-cv-244-JL-AJ |

## AFFIDAVIT OF ZACHARY HEIDEN

I, Zachary Heiden, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union of Maine Foundation. My office is located at 107 Washington Ave., Unit #2, Portland, Maine 04101. My email address is zheiden@aclumaine.org, and my telephone number is (207) 619-6224.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Maine | 2003 | 9476 |
| U.S. District Court for the District of Maine | 2004 | |
| U.S. Court of Appeals for the First Circuit | 2005 | 99242 |
| United States Supreme Court | 2006 | |

Commonwealth of Massachusetts (retired)     2002

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), no court has previously denied or revoked my *pro hac vice* status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 28, 2025                          Respectfully submitted,

*/s/ Zachary L. Heiden*
Zachary L. Heiden
ACLU of Maine Foundation
PO Box 7860
Portland, Maine 04112
(207) 619-6224
zheiden@aclumaine.org