IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

### ASSENTED-TO MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF ADRIANA LAFAILLE

1. Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, Plaintiffs respectfully move this court for an order admitting Adriana Lafaille to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Ms. Lafaille is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Lafaille to appear before this Court.

2. Ms. Lafaille is a member in good standing of the bars of Massachusetts, New York, the U.S. District Court for the District of Massachusetts, and the U.S. Court of Appeals for the First Circuit. An affidavit attesting to these facts is attached.

3. For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Ms. Lafaille *pro hac vice* in the above-captioned case.

4. Defendants assent to the relief requested in this Motion.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of Adriana Lafaille; and

-2-

  B. Grant such other and further relief as may be just and equitable.

Date: June 28, 2025        Respectfully submitted,

                <u>/s/ SangYeob Kim</u>
                Gilles R. Bissonnette (N.H. Bar No. 266657)
                SangYeob Kim (N.H. Bar No. 266657)
                Henry R. Klementowicz (N.H. Bar. No. 21177)
                Chelsea Eddy (N.H. Bar No. 276248)
                AMERICAN CIVIL LIBERTIES UNION OF NEW
                HAMPSHIRE FOUNDATION
                18 Low Avenue
                Concord, NH  03301
                Tel. 603.224.5591
                sangyeob@aclu-nh.org
                gilles@aclu-nh.org
                henry@aclu-nh.org
                chelsea@aclu-nh.org

                *Counsel for Plaintiffs*