IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244-JL-AJ |

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER M. LAPING

1. Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, Plaintiffs respectfully move this court for an order admitting Christopher M. Lapinig to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Mr. Lapinig is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Mr. Lapinig to appear before this Court.

2. Mr. Lapinig is a member in good standing of the bars of California, the bars of New York, the U.S. Court of Appeals for the Ninth Circuit, the U.S. District Court for the Southern District of New York, and the U.S. Court of Appeals for the Second Circuit; he is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings; and he has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

3. For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Mr. Lapinig *pro hac vice* in the above-captioned case.

4.     Defendants, through counsel, assent to this motion.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of Christopher M. Lapinig; and

B. Grant such other and further relief as may be just and equitable.

Date: June 28, 2025                                            Respectfully submitted,

                                                                                */s/ SangYeob Kim*
                                                                                SangYeob Kim (N.H. Bar No. 266657)
                                                                                Gilles R. Bissonnette (N.H. Bar No. 265393)
                                                                                Henry R. Klementowicz (N.H. Bar. No. 21177)
                                                                                Chelsea Eddy (N.H. Bar No. 276248)
                                                                                AMERICAN CIVIL LIBERTIES UNION OF NEW
                                                                                HAMPSHIRE FOUNDATION
                                                                                18 Low Avenue
                                                                                Concord, NH  03301
                                                                                Tel. 603.224.5591
                                                                                sangyeob@aclu-nh.org
                                                                                gilles@aclu-nh.org
                                                                                henry@aclu-nh.org
                                                                                chelsea@aclu-nh.org