IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244-JL-AJ |

## AFFIDAVIT OF WINIFRED KAO

I, Winifred Kao, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at Asian Law Caucus. My office address is 55 Columbus Avenue, San Francisco, CA 94111. My email address is winifredk@asianlawcaucus.org, and my telephone number is (415) 896-1701.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission |
|---|---|
| U.S. Supreme Court | October 14, 2013 |
| U.S. Court of Appeals for the Ninth Circuit | December 13, 2011 |
| U.S. Court of Appeals for the Sixth Circuit | December 7, 2009 |
| U.S. Court of Appeals for the Fourth Circuit | February 4, 2005 |
| U.S. District Court for the Northern District of California | March 31, 2006 |
| U.S. District Court for the Central District of California | June 19, 2007 |

-2-

| | |
|---|---|
| U.S. District Court for the Eastern District of California | August 24, 2007 |
| U.S. District Court for the Southern District of California | November 6, 2017 |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 28, 2025

Respectfully submitted,

*/s/ Winifred Kao*
Winifred Kao
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
(415) 915-4453
winifredk@asianlawcaucus.org