IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No.  1:25-cv-244-JL-AJ |

## AFFIDAVIT OF NORMAN EISEN

I, Norman Eisen, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at State Democracy Defenders Fund. My office address is 600 Pennsylvania Avenue SE #15180, Washington, District of Columbia, 20003. My email address is norman@statedemocracydefenders.org, and my telephone number is (202) 709-4946.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| U.S. Supreme Court | October 3, 2005 | 256463 |
| U.S. District Court for the District of Columbia | February 1, 1993 | 435051 |
| U.S. Circuit Court of Appeals for the District of Columbia | January 27, 1993 | 435051 |

| | | |
|---|---|---|
| U.S. District Court for the District of Maryland | March 27, 1992 | 09460 |
| U.S. Court of Appeals for the Second Circuit | April 24, 2018 | 5556498 |

3.      In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4.      In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5.      In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6.      In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7.      In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8.      In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 28, 2025

Respectfully submitted,

/s/ *Norman Eisen*
Norman Eisen
STATE DEMOCRACY DEFENDERS FUND
600 PENNSYLVANIA AVENUE SE #15180
Washington, D.C. 20003
(202) 709-4946
norman@statedemocracydefenders.org