IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No.  1:25-cv-244-JL-AJ |

### *ASSENTED-TO* MOTION FOR ADMISSION *PRO HAC VICE* MORGAN ELLE HUMPHREY

1. Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, Plaintiffs respectfully move this court for an order admitting Ms. Morgan Elle Humphrey to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Ms. Humphrey is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Humphrey to appear before this Court.

2. Ms. Humphrey is a member in good standing of the bar of New Jersey State; she is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings; and she has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

3. For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Ms. Humphrey *pro hac vice* in the above-captioned case.

4. Defendants, through counsel, assent to this motion.

-2-

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of; and

B. Grant such other and further relief as may be just and equitable.

Date: June 28, 2025                             Respectfully submitted,

                                                */s/ SangYeob Kim*
                                                SangYeob Kim (N.H. Bar No. 266657)
                                                Gilles R. Bissonnette (N.H. Bar No. 265393)
                                                Henry R. Klementowicz (N.H. Bar. No. 21177)
                                                Chelsea Eddy (N.H. Bar No. 276248)
                                                AMERICAN CIVIL LIBERTIES UNION OF NEW
                                                HAMPSHIRE FOUNDATION
                                                18 Low Avenue
                                                Concord, NH  03301
                                                (603) 224-5591
                                                sangyeob@aclu-nh.org
                                                gilles@aclu-nh.org
                                                henry@aclu-nh.org
                                                chelsea@aclu-nh.org

                                                *Counsel for Plaintiffs*