## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No.  1:25-cv-244-JL-AJ |

### <u>AFFIDAVIT OF MORGAN ELLE HUMPHREY</u>

I, Morgan Elle Humphrey, do hereby depose and swear as follows:

1.      In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the NAACP Legal Defense & Educational Fund, Inc. My office address is 700 14th Street NW, Suite 600, Washington, D.C. 20005.  My email address is mhumphrey@naacpldf.org, and my telephone number is (212) 965-2200.

2.      In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission:

a.   New Jersey State Bar, admitted since February 22, 2022

3.      In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4.      In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5.      In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6.      In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7.      In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8.      In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date: June 28, 2025                          Respectfully submitted,

                                             */s/ Morgan Elle Humphrey*
                                             Morgan Elle Humphrey
                                             NAACP Legal Defense & Educational
                                             Fund, Inc.
                                             40 Rector Street, Fifth Floor
                                             New York, NY 10006
                                             (212) 965-2200
                                             mhumphrey@naacpldf.org