UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "**BARBARA**," *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-244-JL-AJ |

## NOTICE REGARDING IMPLEMENTATION OF EXECUTIVE ORDER

Pursuant to this Court's order at the June 30, 2025 status conference for Defendants to provide their position on what actions the United States may and may not take pursuant to Executive Order 14,160 between now and July 27, 2025—in light of a similar Order issued in *CASA, Inc. v. Trump*, 8:25-cv-201-DLB, ECF No. 103 (D. Md. June 30, 2025)—Defendants submit as follows:

On June 27, 2025, the Supreme Court granted the following partial stay of this Court's preliminary injunction regarding Executive Order 14160, Protecting the Meaning and Value of American Citizenship[1]:

> The Government's applications to partially stay the preliminary injunctions are granted, but only to the extent that the injunctions are broader than necessary to provide complete relief to each plaintiff with standing to sue. The lower courts shall move expeditiously to ensure that, with respect to each plaintiff, the injunctions comport with this rule and otherwise comply with principles of equity. The injunctions are also stayed to the extent that they prohibit executive agencies from developing and issuing public guidance about the Executive's plans to implement the Executive Order. Consistent with the Solicitor General's representation, § 2 of the Executive Order shall not take effect until 30 days after the date of this opinion. See Tr. of Oral Arg. 55.

*Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631, at *15 (U.S. June 27, 2025).    Under the Supreme Court's stay, July 27, 2025, is the earliest date on which Defendants may begin

---

[1] 90 Fed. Reg. 8449 (Jan. 29, 2025).

to apply Executive Order 14160 to persons covered by the order. However, as the Supreme Court recognized, the "Executive Order also provides for a 30-day ramp-up period." *Id.* at *4. The Court's stay thus allows Defendants to immediately begin to "develop[] and issu[e] public guidance about the Executive's plans to implement the Executive Order." *Id.* at *15.

DATED: July 1, 2025               Respectfully submitted,

                                          BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                          ALEXANDER K. HAAS
                                          Branch Director

                                          BRAD P. ROSENBERG
                                          Special Counsel

                                          /s/ *Yuri S. Fuchs*
                                          YURI S. FUCHS (CA Bar No. 300379)
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street, N.W.
                                          Washington, D.C. 20005
                                          Telephone: (202) 398-3869
                                          Facsimile: (202) 616-8460
                                          yuri.s.fuchs@usdoj.gov

                                          *Attorneys for Defendants*