IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>　　　　　*Defendants*. | Case No.  1:25-cv-00244-JL-AJ |

**MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF
TARYN WILGUS NULL AS COUNSEL FOR PLAINTIFFS**

1. Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated ("Plaintiffs") respectfully move this Court for an order admitting Taryn Wilgus Null to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Ms. Null is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Null to appear before this Court.

2. Ms. Null is a member in the state jurisdiction of the District of Columbia, the U.S. District Court of the District of Columbia, U.S. District Court for the Central District of California, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Second Circuit, and the Supreme Court of the United States. She is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings; and she has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

3. Defendants assent to this motion.

-2-

4. For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Ms. Null *pro hac vice* in the above-captioned case.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of Taryn Wilgus Null

B. Grant such other and further relief as may be just and equitable.

Date: July 2, 2025                             Respectfully submitted,

*/s/ SangYeob Kim*
SanYeob Kim (N.H. Bar No. 266657)
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar. No. 21177)
Chelsea Eddy (N.H. Bar No. 276248)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue Concord, NH 03301
Tel. 603.224.5591
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org

*Counsel for Plaintiffs*