-3-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>      *Defendants*. | Case No. 1:25-cv-00244-JL-AJ |

## AFFIDAVIT OF TARYN WILGUS NULL

I, Taryn Wilgus Null do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at Democracy Defenders Fund. My office address is 600 Pennsylvania Avenue SE #15180, Washington, District of Columbia, 20003. My email address is Taryn@statedemocracydefenders.org, and my telephone number is (202) 594-9958.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| D.C. | January 9, 2009 | 985724 |
| District Court of D.C. | November 7, 2011 | 985724 |
| District Court for the Central District of California | October 18, 2013 | |
| U.S. Court of Appeals for the Ninth Circuit | August 23, 2010 | |

-3-

-4-

| | |
|---|---|
| U.S. Court of Appeals for the Second Circuit | December 21, 2012 |
| Supreme Court of the United States | June 19, 2017 |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date July 1, 2025

Respectfully submitted,

/s/ *Taryn Wilgus Null*
Taryn Wilgus Null
DEMOCRACY DEFENDERS FUND 600
PENNSYLVANIA AVENUE SE #15180
Washington, D.C. 20003
(202) 594-9958
Taryn@statedemocracydefenders.org

-4-