UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

"**BARBARA**," *et al.*,

  *Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

  *Defendants.*

Case No. 1:25-cv-244-JL-AJ

**PARTIES' STIPULATION REGARDING INCORPORATION OF PRIOR BRIEFING**

The parties herein stipulate to the following:

1. Plaintiffs have filed a Motion for Class Certification and a Motion for Classwide Preliminary Injunction, *see* ECF Nos. 5-6, for which Defendants' oppositions are due on July 3, 2025.

2. In their Motion for Classwide Preliminary Injunction, Plaintiffs incorporated by reference prior merits briefing from a previous challenge to Executive Order No. 14160 ("EO"); that EO is being challenged in this lawsuit. *See* ECF No. 6 at 3 (citing briefing from *New Hampshire Indonesian Community Support v. Trump*, 1:25-cv-38-JL-TSM (D.N.H.)). Defendants seek to do the same in their forthcoming opposition.

3. Because Plaintiffs and Defendants in this action are represented by the same counsel as in *New Hampshire Indonesian Community Support* and because this Court previously presided over that same litigation, the parties and the Court are all familiar with the merits arguments for and against the EO.

4. Thus, the parties stipulate to incorporate the briefing from the prior *New Hampshire Indonesian Community Support* action—i.e., *New Hampshire Indonesian Community Support v. Trump*, 1:25-cv-38-JL-TSM ECF Nos. 24-1, 58-1, 64 (D.N.H.)—regarding the merits of Plaintiffs' request for a

preliminary injunction so as to serve judicial economy and permit the parties to brief issues unique to the class action posture of this case—something not previously at issue in *New Hampshire Indonesian Community Support*.

DATED: July 3, 2025                             Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              ERIC J. HAMILTON
                                              Deputy Assistant Attorney General

                                              ALEXANDER K. HAAS
                                              Branch Director

                                              BRAD P. ROSENBERG
                                              Special Counsel

                                              /s/ *Yuri S. Fuchs*
                                              YURI S. FUCHS (CA Bar No. 300379)
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, N.W.
                                              Washington, D.C. 20005
                                              Telephone: (202) 398-3869
                                              Facsimile: (202) 616-8460
                                              yuri.s.fuchs@usdoj.gov

                                              *Attorneys for Defendants*

Dated: June 27, 2025

Respectfully submitted,

/s/ *SangYeob Kim*
SangYeob Kim (N.H. Bar No. 266657)
Gilles R. Bissonnette (N.H. Bar. No. 265393)
Henry R. Klementowicz (N.H. Bar. No. 21177)
Chelsea Eddy (N.H. Bar No. 276248)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue
Concord, New Hampshire 03301
T: 603.224.5591
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org

Cody Wofsy*
Hannah Steinberg*
Stephen Kang*
Spencer Amdur*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
skang@aclu.org
samdur@aclu.org

Morenike Fajana*
Ashley Burrell*
Elizabeth Caldwell*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St., FL 5, New York, NY 10006
(212) 217-1690
mfajana@naacpldf.org
aburrell@naacpldf.org bcaldwell@naacpldf.org

Morgan Humphrey**
Mide Odunsi***
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 249-2193
mhumphrey@naacpldf.org
modunsi@naacpldf.org

Carol Garvan (N.H. Bar. No. 21304)
Zachary L. Heiden*
AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION
P.O. Box 7860
Portland, Maine 04112
T: (207) 619.8687
cgarvan@aclumaine.org heiden@aclumaine.org

Noor Zafar*
Grace Choi*
Lee Gelernt*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor New York, NY 10004
T: (212) 549-2660
nzafar@aclu.org
gchoi@aclu.org
lgelernt@aclu.org
ojadwat@aclu.org

Norm Eisen*
Tianna Mays*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, #15180
Washington, D.C. 20003
T: (202) 594-9958
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org

Christopher M. Lapinig*
Kimberly Wei Leung*
Winifred Kao*
ASIAN LAW CAUCUS

3

Adriana Lafaille*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
T: (617) 482-3170
alafaille@aclum.org

55 Columbus Ave
San Francisco, CA 94111
T: (415) 896-1701
christopherl@asianlawcaucus.org
kimberlyl@asianlawcaucus.org
winifredk@asianlawcaucus.org

*Counsel for Plaintiffs*
*\*Pro hac vice*
*\*\*Pro hac vice; admitted to practice law in New Jersey. Not a member of D.C. bar. Supervised by a member of the D.C. Bar.*
*\*\*\*Pro hac vice; admitted to practice law in Illinois. Not a member of the D.C. bar. Supervised by a member of the D.C. Bar.*

4

## **[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____                    _____
                                          HON. JOSEPH N. LAPLANTE
                                          United States District Judge