UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "**BARBARA**," *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-244-JL-AJ |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL AND
PLAINTIFFS' MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

NOW COMES the Defendants, Donald J. Trump, President of the United States; the U.S. Department of Homeland Security; the Secretary of Homeland Security; the U.S. Department of State; the Secretary of State; the U.S. Department of Agriculture; the Secretary of Agriculture; the Centers for Medicare and Medicaid Services; and the Administrator of the Centers for Medicare and Medicaid Services; by and through counsel, and submit this Objection to Motion for Preliminary Injunction and Plaintiffs' Motion for Classwide Preliminary Injunction. For the reasons stated in Defendants' attached Memorandum of Law, which is incorporated herein by reference, Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Motion for Classwide Preliminary Injunction should be denied.

DATED: July 3, 2025                    Respectfully submitted,

                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General
                                                  Civil Division

                                                  ALEXANDER K. HAAS
                                                  Branch Director

BRAD P. ROSENBERG
Special Counsel

/s/ *Yuri S. Fuchs*
YURI S. FUCHS (CA Bar No. 300379)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 398-3869
Facsimile: (202) 616-8460
yuri.s.fuchs@usdoj.gov

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that a copy of the foregoing was served this 3rd day of July 2025 through the Court's electronic filing system.

               <u>/s/ *Yuri S. Fuchs*    </u>
               YURI S. FUCHS