# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA," "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-244 |

## SUPPLEMENTAL DECLARATION OF BARBARA

I, Barbara, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Barbara. I am over the age of 18 and am competent to testify regarding the matters described below. I am a putative class member in this case.

2. My child who is due in October will, if acknowledged to be a U.S. citizen, be eligible for Supplemental Nutrition Assistance Program (SNAP), Medicaid, and other benefits for which citizens are eligible.

3. My husband and I do not have work authorization right now, so we live off of what little we have saved and family help.

4. Given these financial constraints, the Executive Order threatens my child's access to nutrition and healthcare services. Our family may be forced to make awful decisions, such as whether to forgo necessary medical care for our infant child, to divert money that is essential for food and shelter to cover our infant child's medical expenses, or both.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Barbara

_____

Barbara

Executed on July 4, 2025.

2