# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

"BARBARA;" "SARAH," by guardian, parent, and next friend "SUSAN;" and "MATTHEW," by guardian, parent, and next friend "MARK;" on behalf of themselves and all those similarly situated,

*Plaintiffs*,

v.

DONALD J. TRUMP, President of the United States, in his official capacity, et al.,

*Defendants*.

Case No. 1:25-cv-244

## SUPPLEMENTAL DECLARATION OF SUSAN

I, Susan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      My name is Susan.  I am over the age of 18 and am competent to testify regarding the matters described below.  I am a putative class member in this case.

2.      My husband and I have applied for and received our newborn's (Sarah's) U.S. passport.  The passport serves as the primary means of identification for our infant child.  We fear that the Order will strip the passport from our newborn.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Susan
_____
Susan

Executed on July 4, 2025.

1