IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

BARBARA, et al.,

    *Plaintiffs*,

v.

DONALD J. TRUMP, President of the United States, in his official capacity, et al.,

    *Defendants*.

Case No. 1:25-cv-244-JL-AJ

**ATTORNEY SANGYEOB KIM AND ATTORNEY CHELSEY EDDY
AFFIDAVIT OF SERVICE
<u>PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(i)(1)</u>**

I, SangYeob Kim, declare as follows:

1. I am an attorney with the American Civil Liberties Union of New Hampshire (ACLU-NH) and co-counsel for Plaintiffs in the above-captioned matter.

2. I hereby affirm that in accordance with Fed. R. Civ. P. 4(i), I properly served the named Defendants and the United States with the process by (*see attachment*):

    a. For purposes of serving the United States, as required by Rule 4(i)(2), sending a copy of the Complaint and related Summonses with attached ECF notice by U.S.P.S. Certified Mail on <u>July 1, 2025</u>, to the Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, which complies with Rule 4(i)(2);

    b. For purposes of serving President Donald J. Trump, in his official capacity, sending a copy of the Complaint and related Summons with attached ECF

1

    notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to President Donald J. Trump, in his official capacity as President of the United States, The White House, 1600 Pennsylvania Avenue NW, Washington, D.C. 20500, which complies with Rule 4(i)(2);

c. For purposes of serving the U.S. Department of Homeland Security, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to the U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, D.C. 20528-0075, which complies with Rule 4(i)(2);

d. For purposes of serving the Secretary of Homeland Security, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to the Secretary of Homeland Security, the U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, D.C. 20528-0075, which complies with Rule 4(i)(2);

e. For purposes of serving the U.S. Department of State, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to the U.S. Department of State, 600 19th Street NW, Suite 5.600, Washington, D.C. 20522, which complies with Rule 4(i)(2);

f. For purposes of serving the Secretary of State, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to the U.S.

  Department of State, 600 19th Street NW, Suite 5.600, Washington, D.C. 20522, which complies with Rule 4(i)(2);

g. For purposes of serving the U.S. Department of Agriculture, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to the U.S. Department of Agriculture, Room 107W, Whitten Building, 1400 Independence Ave., SW., Washington, D.C. 20250-1400, which complies with Rule 4(i)(2);

h. For purposes of serving the Secretary of Agriculture, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to the U.S. Department of Agriculture, Room 107W, Whitten Building, 1400 Independence Ave., SW., Washington, D.C. 20250-1400, which complies with Rule 4(i)(2);

i. For purposes of serving the Centers for Medicare and Medicaid Services, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to the Centers for Medicare and Medicaid Services, 330 Independence Ave., S.W., Room 5300, Washington, D.C. 20201, which complies with Rule 4(i)(2);

j. For purposes of serving the Administrator of the Centers for Medicare and Medicaid Services, sending a copy of the Complaint and related Summons

3

with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on <u>July 1, 2025</u>, to the Centers for Medicare and Medicaid Services, 330 Independence Ave., S.W., Room 5300, Washington, D.C. 20201, which complies with Rule 4(i)(2);

I, Chelsea Eddy, declare as follows:

3.  I am an attorney with the American Civil Liberties Union of New Hampshire (ACLU-NH) and co-counsel for Plaintiffs in the above-captioned matter.

4.  I hereby affirm that in accordance with Fed. R. Civ. P. 4(i), I properly served the United States with the process by:

   a. For purposes of serving the United States, as required by Rule 4(i)(2), delivering a copy of the Complaint and related Summonses with attached ECF notice to the U.S. Attorney's Office for the District of New Hampshire, 53 Pleasant St. 4th Fl., Concord, NH 03301 on <u>June 27, 2025</u>, which complies with Rule 4(i)(1)(A)(i).

I hereby declare under penalties of perjury that the foregoing is true and accurate.

*/s/ SangYeob Kim*
SangYeob Kim (N.H. Bar. No. 266657)

*/s/ Chelsea Eddy*
Chelsea Eddy (N.H. Bar. No. 276248)

Dated:  July 9, 2025