AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Barbara, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00244-JL-AJ |
| Donald J. Trump, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date:    07/09/2025

/s/ Kathleen C. Jacobs
*Attorney's signature*

Kathleen C. Jacobs, TX Bar No. 24091154
*Printed name and bar number*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
*Address*

Kathleen.C.Jacobs@usdoj.gov
*E-mail address*

(202) 598-7615
*Telephone number*

(202) 616-8460
*FAX number*