AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Barbara, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00244-JL-AJ |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 07/09/2025

s/ Eric J. Hamilton
*Attorney's signature*

Eric J. Hamilton, Nebraska Bar No. 25886
*Printed name and bar number*

U.S. Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC  20530
*Address*

eric.hamilton@usdoj.gov
*E-mail address*

(202) 514-3301
*Telephone number*

(202) 616-8460
*FAX number*