UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

"Barbara," et al.

v.

Civil No. 25-cv-244-JL-AJ

Donald J. Trump, President of the United States, in his official capacity, et al.

# **ORDER GRANTING PETITIONERS' MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the court GRANTS Petitioners' Motion for a Classwide Preliminary Injunction (doc. 6).[1]

The court hereby finds that Class Petitioners have demonstrated likelihood of success on the merits of their claims; that Class Petitioners are likely to suffer irreparable harm if the order is not granted; that the potential harm to the class petitioners if the order is not granted outweighs the potential harm to Respondents if the order is granted; and that the issuance of this order is in the public interest.

Pursuant to Federal Rule of Civil Procedure 65(a), this court orders that the U.S. Department of Homeland Security; the Secretary of the Department of Homeland Security, in their official capacity; the U.S. Department of State; the Secretary of the U.S. Department of State, in their official capacity; the U.S. Department of Agriculture; the Secretary of the U.S. Department of Agriculture, in their official capacity; the Centers for Medicare and Medicaid Services; and the Administrator for the Centers for Medicare and Medicaid Services, in their official capacity are enjoined and restrained from enforcing the Executive Order "Protecting the Meaning and Value of American Citizenship."

The court requires a nominal bond of $1 under Fed. R. Civ. P. 65(c). This preliminary injunction is STAYED for seven (7) days pending appeal.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Dated: July 10, 2025
cc: Counsel of Record

---

[1] The certified class has been narrowed by the court from that requested by the petitioners.