UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "**BARBARA**," *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-244-JL-AJ |

### DEFENDANTS' MOTION TO WITHDRAW
### YURI S. FUCHS AS COUNSEL IN THIS CASE

Defendants respectfully move to withdraw Yuri S. Fuchs as counsel in this case. Mr. Fuchs' employment with the Department of Justice is ending, with his last in-person date being July 11, 2025. Defendants will continue to be represented by attorneys from the Department of Justice. Accordingly, Defendants respectfully request leave to withdraw Yuri S. Fuchs as counsel in this case.

DATED: July 11, 2025                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        ERIC J. HAMILTON
                                        Deputy Assistant Attorney General

                                        ALEXANDER K. HAAS
                                        Branch Director

                                        BRAD P. ROSENBERG
                                        Special Counsel

                                        /s/ *Yuri S. Fuchs*
                                        YURI S. FUCHS (CA Bar No. 300379)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 398-3869
Facsimile: (202) 616-8460
yuri.s.fuchs@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2025, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system. A true and correct copy of this document has been served via the Court's CM/ECF system on all counsel of record.

/s/ Yuri S. Fuchs
Yuri S. Fuchs
