

18 Low Avenue
Concord NH 03301
(603) 224-5591
aclu-nh.org

July 11, 2025

Tracy A Uhrin, Clerk of Court
U.S. District Court for the District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301-3941

Re:     Case No. 25-cv-244-JL-AJ,
         *"Barbara" et al v. Donald J. Trump et al*

Dear Clerk Uhrin:

In an order issued on July 10, 2025 in the above referenced matter granting Plaintiffs' Motion for Classwide Preliminary Injunction, the Court ordered Plaintiffs to post "a nominal bond of $1 under Fed. R. Civ. P. 65(c)." *See* ECF No. 64. Pursuant to Fed. R. Civ. P. 65(c), the enclosed bond in the amount of $1 is hereby provided in cash on behalf of Plaintiffs. A copy is attached.

Of course, if you have any questions, do not hesitate to contact undersigned counsel.

Respectfully,

*/s/ Gilles Bissonnette*
Gilles Bissonnette (N.H. Bar No. 265393)
603.333.2081
gilles@aclu-nh.org
*Counsel for Plaintiffs*

Cc:     All counsel of record





Generated: Jul 11, 2025 3:16PM                                                                                                          Page 1/1



# U.S. District Court

## U.S. District Court -District of New Hampshire - Concord

Receipt Date: Jul 11, 2025 3:16PM

Gilles Bissonnette
18 Low Avenue
Concord, NH 03301

Rcpt. No: 2253              Trans. Date: Jul 11, 2025 3:16PM                    Cashier ID: #MC (2825)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DNHX125CV000224 /001 | 1 | 1.00 | 1.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $1.00 |
| | | Total Due Prior to Payment: | $1.00 |
| | | Total Tendered: | $1.00 |
| | | Total Cash Received: | $1.00 |
| | | Cash Change Amount: | $0.00 |