UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

INTERLOCUTORY APPEAL COVER SHEET

1.      USDC/NH Case No. 25-cv-244-JL-AJ

2.      TITLE OF CASE: Barbara, et al. v. Donald J. Trump, et al.

3.      TYPE OF CASE: Civil

4.      NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
        See certified copy of docket (ECF registered users not provided with a copy of docket)

5.      NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
        See certified copy of docket (ECF registered users not provided with a copy of docket)

6.      NAME OF JUDGE: Honorable Joseph N. Laplante

7.      DATE OF JUDGMENT OR ORDER ON APPEAL: **July 10, 2025**

8.      DATE OF NOTICE OF APPEAL: **September 5, 2025**

9.      FEE PAID or IFP: Not Applicable

10.     COURT APPOINTED COUNSEL: Not Applicable

11.     COURT REPORTER(S):   and DATES: See attached certified docket sheet.

12.     TRANSCRIPTS ORDERED/ON FILE: YES

13.     HEARING/TRIAL EXHIBITS: NO

14.     MOTIONS PENDING: YES

15.     GUIDELINES CASE: Not Applicable

16.     RELATED CASES or CROSS APPEAL: NONE

17.     SPECIAL COMMENTS:   NONE