UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Barbara, et al.</u>

    v.                                                 No. 25-cv-244-JL-AJ

<u>Donald J. Trump, et al.</u>

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 64, 65, 70, and 71

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, September 9, 2025

**Tracy Uhrin, Clerk**

**By: /s/ Kellie Otis, Deputy Clerk**

**Sep 09, 2025**

cc:    Counsel of Record