UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "**BARBARA**," *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-244-JL-AJ |

**CONSENT MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE TO OCTOBER 27, 2025**

Defendants, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and with Plaintiffs' consent, respectfully move for a 30-day extension of their September 25, 2025 deadline to respond to Plaintiffs' Complaint, thus extending the deadline to October 27, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C). As relevant to this motion, Defendants state:

1. This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

2. Plaintiffs' Complaint was filed on June 27, 2025. *See* ECF No. 1. This Court granted a motion to extend the deadline to respond to that complaint on August 26, 2025. *See* ECF No. 69. Pursuant to that order, Defendants' response to the Complaint is currently due on September 25, 2025. *See Id.*

3. There are multiple other lawsuits challenging the same Executive Order that is being challenged in this case. To that end, the Solicitor General of the United States plans to seek certiorari expeditiously to enable the Supreme Court to settle the lawfulness of the Executive Order next Term, but he has not yet determined which case or combination of cases to take to the Court.

In light of these and other developments, Defendants seek another short extension of the existing response deadline in this case.

4. Plaintiffs, through counsel, consent to this relief.

5. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

6. Accordingly, Defendants request a 30-day extension of the response deadline, until October 27, 2025.

Dated: September 22, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Kathleen C. Jacobs*
R. CHARLIE MERRITT
KATHLEEN C. JACOBS (TX Bar No. 24091154)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: September 22, 2025

*/s/ Kathleen C. Jacobs*
Kathleen C. Jacobs
Trial Attorney