## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| "BARBARA," *et al.*,<br><br>                    *Plaintiffs*,<br><br>      v.<br><br>DONALD J. TRUMP, President of the<br>United States, in his official capacity, *et al.*,<br><br>                    *Defendants*. | Case No. 1:25-cv-00244-JL-AJ |

### ASSENTED-TO MOTION TO STAY DISTRICT COURT PROCEEDINGS

Defendants respectfully move to stay all district court proceedings in this case. In support thereof, Defendants state:

1.      This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

2.      Plaintiffs' Complaint was filed on June 27, 2025. *See* ECF No. 1. Plaintiffs immediately sought provisional class certification and a classwide preliminary injunction, which this Court granted on July 10, 2025. *See* ECF Nos. 63-65. Defendants filed a Notice of Appeal on September 5, 2025, *see* ECF No. 70, and shortly thereafter filed a petition for a writ of certiorari with the Supreme Court. *See Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025). As this Court is aware, numerous other courts have also issued preliminary injunctions against the Executive Order being challenged in this litigation. In that regard, the United States has also sought certiorari in another lawsuit challenging the same Executive Order. *See Trump v. State of Washington*, No. 25-364 (U.S. filed Sept. 26, 2025).

3.      As this Court noted when it entered a preliminary injunction in this case, the

"ultimate lawfulness of the Executive Order will surely be determined by the Supreme Court. This is as it should be." ECF No. 65 at 36. Because Plaintiffs and the class they represent are currently protected by the class-wide preliminary injunction entered in this case, and because the United States is now seeking certiorari both here and in *State of Washington*, there is no need at this time for further district court proceedings in this case.

4.      For these reasons, Defendants request a stay of all district court proceedings pending the Supreme Court's disposition of the petitions for writs of certiorari both here and in *State of Washington*, including any merits proceedings if one or both petitions are granted. A stay would preserve the resources of both the parties and the Court while the Supreme Court considers these issues.

5.      Undersigned counsel has conferred with counsel for Plaintiffs regarding this motion. Plaintiffs assent to the motion.

Accordingly, Defendants request that all district court proceedings be stayed pending the Supreme Court's disposition of the petitions for writs of certiorari both in this case and in *State of Washington*, including any merits proceedings if one or both petitions are granted.

Dated: October 23, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel
R. CHARLIE MERRITT
Senior Counsel

KATHLEEN C. JACOBS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*