## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

"BARBARA," et al.,

   *Plaintiffs,*

    v.

DONALD J. TRUMP, *et al.,*

   *Defendants.*

Case No. 1:25-cv- 244

## NOTICE OF WITHDRAWAL OF
## CHRISTOPHER M. LAPINIG AS PLAINTIFFS' COUNSEL

Pursuant to Local Rule 83.6(d), Plaintiffs file this Notice of Withdrawal of Christopher M. Lapinig as their counsel in this case. Mr. Lapinig no longer works at the Asian Law Caucus. Plaintiffs continue to be represented in this case by other counsel of record who have entered appearances, including other attorneys at the Asian Law Caucus.

DATED: June 12, 2026

Respectfully Submitted,

Winifred Kao
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
Email: winifredk@asianlawcaucus.org
Phone: 415-234-3231

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system. A true and correct copy of this document has been served via the Court's CM/ECF system on all counsel of record.

Winifred Kao