**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| "BARBARA," *et al.*, | Case No. 1:25-cv-244-JL-AJ |
| *Plaintiffs,* | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

**<u>MOTION TO LIFT STAY</u>**

Plaintiffs in the above-captioned action respectfully move to lift the stay of further proceedings.

1. On October 24, 2025, this Court stayed district court proceedings pending the Supreme Court's disposition of the petitions for writs of certiorari and any merits proceedings in this case, *Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025), and in *Trump v. State of Washington*, No. 25-364 (U.S. filed Sept. 26, 2025). ECF No. 74 (granted and so ordered).

2. On June 30, 2026, the Supreme Court issued its decision in *Trump v. Barbara*, reaffirming that apart from "those recognized as exempt 'from the jurisdiction of this country'—the 'children of ambassadors' and other representatives of foreign sovereigns, as well as those born in the 'alien nations' of Indian tribes," "[a]ll others [a]re citizens at birth." *Trump v. Barbara*, 146 S. Ct. 2438, 2452 (2026).

3. Then, on August 6, 2026, Defendants issued a new executive order, *see Continuing to Protect the Meaning and Value of American Citizenship*, The White House (Aug. 6, 2026), https://www.whitehouse.gov/presidential-actions/2026/08/continuing-to-protect-the-meaning-and-value-of-american-citizenship/, which "identifies, non-

1

exhaustively, and prescribes action concerning certain categories of children of aliens who," in the President's view, should be denied citizenship.

4. In light of the Supreme Court's decision in *Trump v. Barbara*, the basis for the stay in this Court has ended.

5. The appeal in this case is pending, but Plaintiffs anticipate the First Circuit's mandate will issue in short order.  The appeal is therefore no reason to keep this Court's stay in place.  In an abundance of caution, Plaintiffs are concurrently moving the First Circuit for entry of judgment and for expedited issuance of the mandate.

6. On August 10, 2026, undersigned counsel conferred by email with counsel for Defendants regarding this motion.  As of the time of this filing, counsel for Defendants have not yet indicated a position.

7. Plaintiffs respectfully submit that a status conference may be appropriate at this juncture and, should the Court agree, request that a status conference be held remotely and scheduled for this week if possible.

Accordingly, Plaintiffs request that this Court lift the stay of further proceedings.

Dated: August 11, 2026

Respectfully submitted,

/s/ SangYeob Kim
SangYeob Kim (N.H. Bar No. 266657)
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
Chelsea Eddy (N.H. Bar No. 276248)
Caroline Meade (N.H. Bar No. 281341)
Maria Savarese (N.H. Bar No. 273285)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
T: (603) 333-2081
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org
caroline@aclu-nh.org
maria@aclu-nh.org

Elizabeth Caldwell*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St., FL 5, New York, NY 10006
(212) 217-1690
bcaldwell@naacpldf.org

Morgan Humphrey*
Mide Odunsi*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 249-2193
mhumphrey@naacpldf.org
modunsi@naacpldf.org

Carol Garvan (N.H. Bar No. 21304)
Zachary L. Heiden*
Max Brooks**
AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION
P.O. Box 7860

/s/ Cody Wofsy
Cody Wofsy*
Hannah Steinberg*
Stephen Kang*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
skang@aclu.org

Grace Choi*
Noor Zafar*
Lee Gelernt*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
gchoi@aclu.org
nzafar@aclu.org
ojadwat@aclu.org
lgelernt@aclu.org

Lucia Goin**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
915 15th Street NW
Washington, DC 20005
T: (332) 529-3732
lgoin@aclu.org

Norm Eisen*
Tianna Mays*
Taryn Wilgus Null*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, #15180
Washington, DC 20003
T: (202) 594-9958
norman@democracydefenders.org
tianna@democracydefenders.org
taryn@democracydefenders.org

3

Portland, ME 04112
T: (207) 619-8687
cgarvan@aclumaine.org
heiden@aclumaine.org
mbrooks@aclumaine.org

Adriana Lafaille*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza Suite 850
Boston, MA 02108
T: (617) 482-3170
alafaille@aclum.org

Kimberly Wei Leung*
Winifred Kao*
ASIAN LAW CAUCUS
55 Columbus Ave
San Francisco, CA 94111
T: (415) 896-1701
kimberlyl@asianlawcaucus.org
winifredk@asianlawcaucus.org

*Counsel for Plaintiffs*
*Admitted pro hac vice*
**Pro hac vice forthcoming*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

"BARBARA," *et al.*,

      *Plaintiffs*,

      v.

DONALD J. TRUMP, *et al.*,

      *Defendants*.

Case No. 1:25-cv-244-JL-AJ

## [PROPOSED] ORDER

For good cause shown, Plaintiffs' motion to lift the stay and set further proceedings is

GRANTED.


DATE:

                                   Hon. Joseph N. Laplante
                                   U.S. District Judge