**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| "BARBARA," *et al.*, | Case No. 1:25-cv-244-JL-AJ |
| *Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

### DECLARATION OF BARBARA

I, Barbara, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Barbara. I am over the age of 18 and am competent to testify regarding the matters described below.

2. I am one of the plaintiffs who filed this case on June 27, 2025. At the time, I was pregnant with my fourth child.

3. In 2024, my husband, three older children, and I came to the United States from Honduras to seek safety. We feared for our life because we were being targeted by the Mara 18 gang. We were given parole at the border, and our asylum applications remain pending.

4. I engaged in certain commercial transactions to come to the United States. These transactions included fares for public transportation between Honduras and Mexico, as well as food for the journey.

5. I gave birth to my fourth child, a daughter, in October 2025 in New Hampshire. She is a member of the certified class in this case.

6.      I knew that if I had more children they would be U.S. citizens, and I wanted them to have all the protections and opportunities that come with citizenship in this country.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Barbara*_____

Barbara

Executed on August 8, 2026.