**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| "**BARBARA**," *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-244-JL-AJ |

## RESPONSE TO PLAINTIFFS' MOTION TO LIFT STAY

In light of the judgment issued by the First Circuit and mandate returning jurisdiction to this Court, Defendants do not oppose Plaintiffs' Motion to Lift Stay (ECF 79). Defendants are currently preparing their response to Plaintiffs' Motion to Clarify this Court's Preliminary Injunction ("Motion to Clarify") (ECF 80), and, in accordance with local rules, will file that Response on August 25, 2026. Given that the Parties are already briefing Plaintiffs' Motion to Clarify and in the interest of judicial economy, Defendants do not agree that a status conference is necessary prior to any regularly noticed hearing on Plaintiffs' Motion to Clarify.

Although Defendants do not oppose lifting the stay so that the Parties may litigate Plaintiffs' Motion to Clarify, Defendants respectfully request that the Court limit proceedings to the issues raised in Plaintiffs' motion and not lift the stay for other purposes. Specifically, Defendants ask that their obligation to respond to Plaintiffs' Complaint continue to be stayed while the parties determine appropriate next steps in this litigation.

Dated: August 24, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSHUA HA
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

s/ Kathleen C. Jacobs
KATHLEEN C. JACOBS (TX Bar No. 24091154)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: August 24, 2026

*/s/ Kathleen C. Jacobs*
Kathleen C. Jacobs
Trial Attorney