**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| "**BARBARA**," *et al.*,<br>*Plaintiffs*,<br>v.<br>**DONALD J. TRUMP**, *et al.*,<br>*Defendants*. | Case No. 1:25-cv-244-JL-AJ |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Lift Stay and Defendants' Response, it is hereby **ORDERED** that Plaintiffs' Motion to Lift Stay shall be, and hereby is **GRANTED** for the limited purpose of considering Plaintiffs' Motion to Clarify the Preliminary Injunction, or In the Alternative, to Modify, or to Issue a New Preliminary Injunction (ECF No. 80), Defendants' Response, and Plaintiffs' Reply. It is further **ORDERED** that Defendants' deadline to respond to the Complaint remains stayed until further order of this Court.

______________________________
Joseph N. Laplante
United States District Judge