**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

"BARBARA," *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,

*Defendants*.

Case No. 1:25-cv-00244-JL-AJ

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO CLARIFY THE PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, TO MODIFY, OR TO ISSUE NEW PRELIMINARY INJUNCTION**

NOW COMES the Defendants, Donald J. Trump, President of the United States; the U.S. Department of Homeland Security; the Secretary of Homeland Security; the U.S. Department of State; the Secretary of State; the U.S. Department of Agriculture; the Secretary of Agriculture; the Centers for Medicare and Medicaid Services; and the Administrator of the Centers for Medicare and Medicaid Services; by and through counsel, and submit this Objection to Plaintiffs' Motion to Clarify the Preliminary Injunction or, in the Alternative, to Modify, or to Issue New Preliminary Injunction. For the reasons stated in Defendants' attached Memorandum of Law, which is incorporated herein by reference, Plaintiffs' Motion should be denied.

Dated: August 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSHUA HA
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Chief Litigation Counsel
KATHLEEN C. JACOBS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on this 25th day of August 2026 through the Court's electronic filing system.

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG