**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

"BARBARA," *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Case No. 1:25-cv-244-JL-AJ

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT PURSUANT TO FED. R. CIV. P. 15(d)**

Upon consideration of Plaintiffs' Motion for Leave to File a Supplemental Complaint, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Plaintiffs are given leave to file the proposed supplemental complaint on the electronic docket.

DATE:

Hon. Joseph N. Laplante
U.S. District Judge