**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

"BARBARA," *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Case No. 1:25-cv-244-JL-AJ

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the Court GRANTS Plaintiffs' Motion for Class Certification and Appointment of Class Counsel.

The Court hereby finds that Plaintiffs have satisfied the requirements for class certification under Federal Rules of Civil Procedure 23(a) and 23(b)(2). Specifically, Plaintiffs have demonstrated that (1) members of the proposed class are so numerous that joinder is impracticable; (2) there are questions of law and fact common to the class; (3) the claims of the Plaintiffs are typical of the claims of the class members; and (4) Plaintiffs and their counsel, as representatives of the class, will fairly and adequately protect the interests of the class. Additionally, this Court finds that Defendants have acted on grounds generally applicable to the class in its entirety, thereby making appropriate final injunctive and declaratory relief for all class members.

In light of the above, this Court orders that Plaintiffs' motion be granted and that the following class be certified:

All persons, and the parents (including expectant parents) of those persons:

(1) who are born in the United States as defined in 8 U.S.C. § 1101(a)(38);
(2) who are not born to a foreign diplomatic officer accredited to the United States;
(3) for whom neither parent is a U.S. Citizen; and
(4) for whom either parent is or will be categorized by the government as falling within §§ 2(a)-(c) of Exec. Order No. 14,418, *Continuing to Protect the Meaning and Value of American Citizenship*, 91 Fed. Reg. 51,991 (2026).

It is so ordered.

DATE:

Hon. Joseph N. Laplante
U.S. District Judge